**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **Robert Lewis,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )   **Case No.:1:17-cv-2558-TWP-MPB** |
| | ) |
| **Online Information Services, Inc.,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## JOINT STIPULATED MOTION TO DISMISS WITH PREJUDICE

Plaintiff, Robert Lewis, by counsel, and Defendant, Online Information Services, Inc., by

counsel, stipulate and move this Court to dismiss this cause of action with prejudice, with each

party to bear their own attorney fees and costs.


Respectfully submitted,

/s/Nicholas W. Levi                        /s/John T. Steinkamp
Nicholas W. Levi                           John Steinkamp
Counsel for Defendant                      Counsel for Plaintiff
Kightlinger & Gray, LLP                    John Steinkamp & Associates
211 N. Pennsylvania Street                 5214 S. East St., Ste. D1
One Indiana Square, Suite 300              Indianapolis, IN 46227
Indianapolis, IN 46204                     Office:  (317) 780-8300
Office: (317) 638-4521